IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

PRESIDENTIAL BANK, FSB,
etc.

      Plaintiff,

v.                                     CV 08-PT-1947-E

HOUSE PROPERTIES, LLC,
etc., et al

      Defendants.

## MEMORANDUM OPINION

This cause comes on to be heard on plaintiff's Motion for Summary Judgment filed on October 5, 2009.

This court sees no reason to rehash the arguments of plaintiff in its Reply Brief in Support of Motion for Summary Judgment filed on October 28, 2009 and defendant's Brief in Opposition to Motion for Summary Judgment filed on October 19, 2009. The court is of the opinion that the case is governed by the Alabama Constitutional provision cited and quoted on pages 8 and 9 of plaintiff's said brief, a copy of which is attached hereto. The plaintiff's motion will be **GRANTED**. Within seven (7) calendar days the plaintiff will submit and serve a proposed final judgment. The defendants will have seven (7) calendar days to object as to form and content.

This the 2nd day of November, 2009.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE